IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) <br> ) |
| v. | ) Criminal No. 19-00133 <br> ) <br> ) |
| GARFIELD CAMPBELL, JR. | ) <br> ) <br> ) |

## ORDER

Presently before the Court, is Garfield Campbell, Jr.'s Motion for the Removal of Home Detention and Imposition of Curfew. ECF No. 29. Mr. Campbell was sentenced on January 21, 2022 to "time served" to be followed by supervised release of two years. No reason is proffered as to why the original term of condition should be changed. The home detention condition was imposed after considering the factors set forth under Title 18 United States Code Section 3553(a). Mr. Campbell offers no reason to show that the original term of supervision of home detention is not appropriate in this case. Furthermore, there is no evidence that requiring Mr. Campbell to comply with a home detention condition, which permits him to leave his house for several authorized reasons, is either too harsh or inappropriately tailored to serve general punishment goals. The original condition of home detention will not be changed.

AND NOW, this 15th day of February 2022, the Motion for the Removal of Home Detention and Imposition of Curfew is DENIED.

s/ *Marilyn J. Horan*
Marilyn J. Horan
United States District Judge
